IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

IN RE: Mutual Legal Assistance Request )
from Turkey for Assistance in )   No. MS 05-5945
the Criminal Matter of )
<u>Jack Lee Stephens</u> )
)

ORDER

Upon application of the United States, and upon review of the Mutual Legal Assistance request made by the 7th Criminal Court for Heavy Crimes of Bakirkoy, Turkey seeking evidence for use in a judicial proceeding in Turkey and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by 28 U.S.C. § 1782 and this Court's inherent authority, that George W. Breitsameter is appointed as a Commissioner of this Court and is hereby directed to execute the letter rogatory request as follows:

1. Take such steps as are necessary, including issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

2. Provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom

*ORDER - 1*

notice should be given (and no notice to any other party shall be required);

3. Adopt procedures to collect the evidence requested consistent with its use as evidence in a proceeding before a tribunal in Turkey, which procedures may be specified in the request or provided by the requesting court or authority or by a representative of France;

4. Seek such further orders of this Court as may be necessary to execute this request; and

5. Certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the requesting court or authority.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of Turkey.

DATED: November **23**, 2005.

_____
~~B. Lynn Winmill, Chief~~
~~United States District Judge~~
United States Magistrate Judge

*ORDER - 2*